Petition12C – Rev. 6/18



☒ FILED   ☐ LODGED

**Oct 02 2025**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

UNITED STATES DISTRICT COURT
for
Arizona

Petition for Warrant to Revoke Supervised Release

| | | |
|---|---|---|
| Name of Offender: | **Ulysses Estrada** | Case No.: **CR-22-01049-001-PHX-DJH** |
| Name of Judicial Officer: | **The Honorable Diane J. Humetewa**<br>**United States District Judge** | T-SEALED |

Date of Original Sentence: **3/11/2024**

Original Offense: **Count 3: False Statements in Acquisition of Firearms, and Aid and Abet, 18, U.S.C. §922(a)(6), 924(a)(2) and 2, a Class C Felony**

Original Sentence: **16 months Bureau of Prisons, 36 months supervised release**

Type of Supervision: **Supervised Release**   Date Supervision Commenced: **2/24/2025**
Date Supervision Expires: **2/23/2028**

Assistant U.S. Attorney: **Glenn B. McCormick**   Defense Attorney: **Melinda Jean Kovacs**
**602-514-7500**   **602-481-0691**

---

Petitioning the Court to issue a Warrant to Revoke Supervised Release

The probation officer alleges Ulysses Estrada has violated the following conditions of supervision:

| Allegation | Nature of Noncompliance |
|---|---|
| A | **Mandatory Condition #1** which states, "You must not commit another federal, state or local crime." |

1. Estrada committed a new crime.  On or about May 20, 2025, Estrada committed the crime of Conspiracy, in violation of Arizona Revised Statue §13-1003, a Class 2 felony. According to Glendale Police Officer Lewis, Estrada was facilitating drug sales over the phone for a large quantity of pills.  This is evidenced by the Maricopa County Superior Court indictment dated September 22, 2025, and testimony of the probation officer. Grade B violation. §7B1.1(a)(2)

2. Estrada committed a new crime.  On or about May 20, 2025, Estrada committed the crime of Transportation of a Narcotic Drug for Sale in an Amount Over the Statutory Threshold, in violation of Arizona Revised Statue §13- 3408(A)(7), a class 2 felony. According to Glendale Police Officer Lewis, Estrada was facilitating drug sales over the

cc: Prob

Page 2
RE:  Ulysses Estrada
Petition to Revoke Supervised Release
October 02, 2025

phone for a large quantity of pills. This is evidenced by the Maricopa County Superior Court indictment dated September 22, 2025, and testimony of the probation officer. Grade B violation. §7B1.1(a)(2)

B       **Standard Condition #9** which states, "If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours."

On or about May 20, 2025, Estrada was arrested and/or questioned by officers with the Glendale Police Department. To date, Estrada has failed to report this law enforcement contact, or any subsequent law enforcement contact related to this case.  This is evidenced by testimony of the probation officer. Grade C violation. §7B1.1(a)(3)

C       **Special Condition #4.** which states, "You must not use or possess alcohol or alcoholic beverages."

On or about March 5, 2025, Estrada consumed alcohol. Estrada admitted to drinking two to three beers during a social gathering with his family. This is evidenced by a signed admission form and testimony of the probation officer. Grade C violation §7B1.1(a)(3).

**U.S. Probation Officer Recommendation and Justification**

Ulysses Estrada has violated the trust of the Court. A warrant is recommended to initiate revocation proceedings as Ulysses Estrada is a flight risk and he will likely not appear on a summons.

I declare under penalty of law that the foregoing is true and correct to the best of my knowledge:

_____        10/2/2025
Gabriela Arias                          Date
U.S. Probation Officer
Office:  602-682-4342
Cell:  602-478-5686

_____        10/2/2025
Kimberly Peterson                       Date
Supervisory U.S. Probation Officer
Office:  602-682-4358
Cell:  602-309-3405

Page 3
RE:  Ulysses Estrada
Petition to Revoke Supervised Release
October 02, 2025

The Court Orders

☐        No Action

☒        The Issuance of a Warrant

☐        The Issuance of a Summons

☐        Other

_____          10/2/2025
The Honorable Diane J. Humetewa                                 Date
United States District Judge